UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            :        MAGISTRATE NO.: _16-9239_

                                    :
        V.                          :        CRIMINAL ACTION
                                    :
    Uchendu Ihim                    :        ORDER OF RELEASE
_____                :


        The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

( ✓ ) Reporting, as directed, to U.S. Pretrial Services;

( ✓ ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ✓ ) The defendant shall appear at all future court proceedings;

( ) Other: _____


_____          ___9/28/16_____
DEFENDANT                                   DATE


        It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.


_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge


___9/28/16_____
DATE